No. 74–696. SOCIETÉ DE CONSTRUCTION MECANIQUES DU BUGEY ET AL. *v.* BELL EQUIPMENT CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 74–708. SIZEMORE *v.* INDIANA. Ct. App. Ind. Certiorari denied.

No. 74–729. GEORGIA-PACIFIC CORP. *v.* WORKMEN'S COMPENSATION APPEALS BOARD ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 74–5198. TRITZ *v.* MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 74–5318. MASTRACCHIO *v.* RICCI ET AL. C. A. 1st Cir. Certiorari denied.

No. 74–5367. SMITH *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 74–5419. WATKINS *v.* UNITED STATES;
No. 74–5429. TANNER *v.* UNITED STATES; and
No. 74–5445. PIPKIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–5423. GEREAU ET AL. *v.* GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied.

No. 74–5424. SANCHELL *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 74–5426. SMITH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 74–5431. GREENE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.